CHARLES GEIGER, Respondent, v. BOYNTON S. VOORHEES, Appellant.— Plaintiff, an invitee, was injured by falling upon an icy walk leading from the public street to the residence of the defendant. From the evidence the jury could infer that the walk was covered with ice in ridges, that it was in a dangerous condition, and that the condition had existed for a length of time sufficient to give the owner notice. Judgment of the City Court of Yonkers in favor of plaintiff and order denying defendant's motion to set aside the verdict unanimously affirmed, with costs. No opinion. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.

In the Matter of the Application of CHARLES D. BECKWITH, Appellant, for Mandamus Order against MICHAEL BARTNETT, as Building Inspector of the City of New Rochelle, Respondent.— Order denying petitioner's application for a peremptory order of mandamus requiring the building inspector of the city of New Rochelle to issue a certificate of occupancy in respect to certain property in New Rochelle, unanimously affirmed, with costs, as a matter of law and not in the exercise of discretion. No opinion. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Acting by and through the Commissioner of Docks, Relative to Acquiring Right and Title to Possession of Certain Lands, Lands under Water and Lands under Water Filled in, That Are Not Now Owned by the City of New York, Together with the Riparian, Franchise and Incorporeal Rights Appurtenant to Such Lands Situated Along the Northerly Shore of Jamaica Bay in the Boroughs of Brooklyn and Queens, in the City of New York, between the Westerly Side of Byrne Place, at Canarsie, in the Borough of Brooklyn, and Westerly Side of Right of Way of Long Island Railroad (Rockaway Division) at Hamilton Beach, in the Borough of Queens, for the Improvement of the Waterfront of the City of New York, Pursuant to a Plan Heretofore Determined upon by the Commissioner of Docks and Approved by the Commissioners of the Sinking Fund. (Parcel 10.) AUGUST WALTER, JOHN C. TABBS, HARRIET RUDDY, GRACE CLYDE and ROBIE S. RUGGLES, Appellants; THE CITY OF NEW YORK, Respondent.— In a proceeding to condemn real property, the claimants appeal from the third separate and partial final decree dated May 24, 1935, which they assert in effect denies to them compensation for the appropriation of riparian rights. Appeal dismissed, without costs. The claimants were not parties to the proceedings resulting in the decree appealed from and, therefore, have no standing to appeal from that decree, which affected only property owners who appealed from the earlier decree entered September 27, 1928. (Matter of City of New York [Jamaica Bay], 231 App. Div. 597.) Hagarty, Davis, Adel, Taylor and Close, JJ., concur.